NO. 07-06-0097-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 5, 2006

______________________________

JACKIE K. RIGDON, JR.

Appellant

v.

THE STATE OF TEXAS,

Appellee

_________________________________

FROM THE 181st DISTRICT COURT OF POTTER COUNTY;

NO. 49,706-B; HON. JOHN BOARD, PRESIDING

_______________________________

ORDER OF DISMISSAL

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant, Jackie K. Rigdon, appeals his conviction for indecency with a child.  The record does not contain a certification of his right to appeal as required by Texas Rule of Appellate Procedure 25.2(d).  On June 3, 2006, this court abated this case to the trial court directing it to certify whether appellant had the right of appeal.  The certification was filed in this court on June 16, 2006, and states that this case is a plea bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal.  Consequently, we dismiss the appeal.

Accordingly, the appeal is dismissed.

Per Curiam

Do not publish.